Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-12-00200-CV

Kandy E. **SWAIM**,
Appellant

v.

Robert M. **SWAIM**, Jr.,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2009-CVG-000185-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

PER CURIAM

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice

Delivered and Filed:  October 31, 2012

DISMISSED

Appellant has filed a motion to dismiss this appeal, stating that both appellant and appellee are informing the court that they have settled their dispute. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM